# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130404 & (62)(63)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARGARET TERRY,
        Plaintiff-Appellant,

v

DAIMLERCHRYSLER CORPORATION,
        Defendant-Appellee.

SC: 130404
COA: 263339
Macomb CC: 04-003222-NO

_____/

On order of the Court, the application for leave to appeal the December 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to strike and for miscellaneous relief are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

t0424